UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK

Plaintiff
RUTH ROSENBERG, INDIVIDUALLY AND ON BEHALF OF A CLASS
vs.
Defendant
CLUB MACANUDO, INC.

Case No.: 08 CV 00992
Hearing Date:
Attorney of Record:

## AFFIDAVIT OF SERVICE

Received this on _____

I, Juan Pereira, being duly sworn, depose and say, I have been duly authorized to make service of the document(s) listed herein in the above styled case, I am over the age of 18, and am not a party to or otherwise interested in this matter.

That on Feb 6 2008 12:45PM, I executed service of SUMMONS AND COMPLAINT-CLASS ACTION, JURY TRIAL DEMANDED on CLUB MACANUDO, INC. at 1633 BROADWAY, NEW YORK, New York County, NY 10019

By Personal Service to: CT Corporation Aixa Flores, REGISTERED AGENT, A white female approx. 40-45 years of age 5'4"-5'6" in height weighing 120-140 lbs with brown hair

Military Status: Not in Military

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

_____
Juan Pereira, NY

Execute on Feb 07, 2008

State of New York County of _Suffolk_
Subscribed and sworn to before me, a notary public on Feb 07, 2008

_____
Notary Public

FOR: Murray, Frank & Sailer, LLP

Order No. 5257198 SEA

CHRISTINA HUMMLER
NOTARY PUBLIC, State of New York
No. 52-4637421
Qualified in Suffolk County
Commission Expires 6-30-10