UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08
```

| | |
|---|---|
| RUTH ROSENBERG<br>individually and on behalf of a class,<br><br>Plaintiff,<br><br>v.<br><br>CLUB MACANUDO, INC.<br><br>Defendant. | CASE NO. 08-CV-00992 (HB)<br><br>STIPULATION TO EXTEND TIME<br>TO ANSWER OR OTHERWISE<br>MOVE |

It is hereby stipulated and agreed that the Defendant's time to answer or otherwise move with respect to the complaint is extended to April 1, 2008.

Dated: February 22, 2008

LATHAM & WATKINS LLP

By: _____
James V. Kearney

885 Third Avenue
New York, NY 10022
Tel: (212) 906-1368
Fax: (212) 751-4864

Attorney for Defendant

MURRAY, FRANK & SAILER LLP

By: _____
Lawrence D. McCabe

275 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 682-1818
Fax: (212) 682-1892

Attorney for Plaintiff

SO ORDERED:
_____
Harold Baer, Jr., U.S.D.J.
Date: 2/26/08