IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH ROSENBERG,<br>Individually and on behalf of a class,<br><br>                    Plaintiff,<br><br>v.<br><br><br>CLUB MACANUDO, INC.<br><br>                    Defendant. | Case No. 08-CV-00992 (HB)<br><br><br>NOTICE OF APPEARANCE |

      PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant, Club Macanudo, Inc., in the above-captioned action:

      James V. Kearney
      Latham & Watkins LLP
      885 Third Avenue
      New York, New York 10022
      Telephone: (212) 906-1200
      Facsimile:   (212) 751-4864

Dated:  April 1, 2008
      New York, New York        LATHAM & WATKINS LLP


                                          By:     /s/ James V. Kearney
                                                James V. Kearney
                                                885 Third Avenue, Suite 1000
                                                New York, New York  10022
                                                Telephone: (212) 906-1200
                                                Facsimile: (212) 751-4864

                                                Attorney for Defendant,
                                                Club Macanudo, Inc.