LATHAM & WATKINS LLP
James V. Kearney
885 Third Avenue
New York, NY 10022
(212) 906-1200

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH ROSENBERG,<br>Individually and on behalf of a class,<br><br>                    Plaintiff,<br><br>          v.<br><br>CLUB MACANUDO, INC.<br><br>                    Defendant. | Case No. 08-CV-00992 (HB)<br><br>FRCP 7.1 STATEMENT |

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Club Macanudo, Inc. (a private non-governmental party) certifies that it is a wholly owned subsidiary of General Cigar Company, which itself is a wholly owned subsidiary of General Cigar Holdings, Inc., which is a subsidiary of Swedish Match AB and Svenska Tandsticks Aktiebolaget.  No publicly held corporations own 10% or more of Club Macanudo, Inc.'s stock.  Swedish Match AB's stock is listed on the OMX Stockholmsbörsen (Stockholm Stock Exchange).

Dated: April 1, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ James V. Kearney
    James V. Kearney
    Meaghan B. Chmura
    John C. Molluzzo, Jr.
    885 Third Avenue
    New York, NY 10022
    Phone: (212) 906-1200
    Fax: (212) 751-4864

Attorneys for Club Macanudo, Inc.