IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUTH ROSENBERG,<br>Individually and on behalf of a class,<br><br>      Plaintiff,<br><br>v.<br><br><br>CLUB MACANUDO, INC.<br><br>      Defendant. | Case No. 08-CV-00992 (HB)<br><br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf of Defendant, Club Macanudo, Inc., in the above-captioned action:

  Meaghan B. Chmura
  Latham & Watkins LLP
  885 Third Avenue
  New York, New York 10022
  Telephone: (212) 906-1200
  Facsimile:  (212) 751-4864


Dated:  April 1, 2008
   New York, New York      LATHAM & WATKINS LLP


               By:  /s/ Meaghan B. Chmura
                  Meaghan B. Chmura
                  885 Third Avenue, Suite 1000
                  New York, New York  10022
                  Telephone: (212) 906-1200
                  Facsimile: (212) 751-4864

                  Attorney for Defendant,
                  Club Macanudo, Inc.