UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RUTH ROSENBERG,
Individually and on behalf of a class,

      Plaintiff,

  v.

CLUB MACANUDO, INC.

      Defendant.

---

08 Civ. 00992 (HB)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
          : ss.:
COUNTY OF NEW YORK )

  RACHEL FELD, being duly sworn, deposes and says:

  1.  I am over 18 years of age and am employed by Latham & Watkins LLP and am not a party to this action.

  2.  On Tuesday, April 1, 2008, I served true and correct copies of a Notice of Appearance of James V. Kearney, Notice of Appearance of Meaghan B. Chmura, Notice of Appearance of John C. Molluzzo, Answer, and FRCP 7.1 Statement, all dated 4/1/08, by First Class Mail via the United States Postal Service upon:

      Barone & Jenkins, P.C.
      Anthony G. Barone, Esq.
      David Jenkins, Esq.
      635 Butterfield Road
      Suite 145
      Oakbrook Terrace, IL 60181
      Attorneys for Plaintiff

      -and-

>Murray, Frank & Sailer, LLP
>Marvin Lawrence Frank , Esq.
>Lawrence Damian McCabe, Esq.
>275 Madison Avenue, Ste. 801
>New York, NY 10016
>Attorneys for Plaintiff

by delivering and leaving same in an official depository of the United States Postal Service, located at 885 Third Avenue, New York, N.Y. 10022.

*[signature]*
RACHEL FELD

Sworn to before me this
1ˢᵗ day of April, 2008

_____
Notary Public

JASON A. GROSSMAN
Notary Public, State of New York
No. 02GR6144344
Qualified in Suffolk County
Commission Expires April 24, 2010